Pro Se 14 (INND Rev. 2/20)

-FILED-
page 1
SEP 25 2023
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

James E. Brabson III,
[You are the PLAINTIFF, print your full name on this line.]

v.

Craig Kiger, 1615,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:23CV413
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]  Craig Kiger, 1615. | Fort Wayne Police Department One E. Main St. Suite 108 Ft. Wayne Indiana 46802 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is the name and address of your prison or jail? Allen County Jail, 417. S. Calhoun St. Ft. Wayne Indiana. 46802

3. Did the event you are suing about happen there? ○ Yes.  ☑ No, it happened at: Suite 108 Ft. Wayne Police Dpt. One E. Main St. Ft. Wayne Indiana 46802

4. On what date did this event occur? 10-27-2020 - 10-28-2020

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. While reading my motion of Discovery I came across a statement made by Craig R. Kiger that was untrue and defaming towards me and my pending case which may alter one's thought against me. Craig Kiger stated that "I James E. Brabson, has a history of shooting up places". That is slander, Defamation of Character, a falsified statement, I feel as if this vindictive motives and Im being prejudiced of something I have not been convicted of. No where in my entire case file shows me being charged or convicted of shooting up anything. Be advised eventhough his statement was dated in 2020, I just received my motion of Discovery on 6-16-2023*

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ◯ Before I was confined.
   - ☒ While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☒ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ☒ No, this event is not grievable at this prison or jail.
   - ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

Be held accountable for his actions/statement, leave to proceed for slander, Defamation of character, falsified statements, being prejudiced against and vindictive, perjury, in addition I wish to be compensated $50,000.00 for the claims which I've stated above.

[*Initial Each Statement*]

   JB  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   JB  I will keep a copy of this complaint for my records.
   JB  I will promptly notify the court of any change of address.
   JB  I WILL NOT send more than one copy of any filing to the court.
   JB  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   JB  I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on ___/___/20 23 at 7:27 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____          174613
Signature                                     Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

```
Incident Case History:
Assigned    Assigned To        Detl Date Due    Status/Dt      When Entered/By
10/27/20    KIGER CRAIG R      CRMR 11/27/20    ASN            09:31:11 11/02/20
                                                10/27/20       GLASER BRIDGET

Incident Case Notes:
Incident Case Notes
Seq Time/Date              Misc. Notes
  1 13:44:09 10/27/20
KIGERS NOTES,
```

Tue Oct 27 13:44:17 EDT 2020, RECEIVED CASE. NO REFERRAL SO UNKNOWN IF VICTIM WILL COOPERATE. ASSOCIATED CASE 20F112845. READ ALL REPORTS WITH BOTH CN'S.CK1615

Wed Oct 28 08:36:00 EDT 2020, CALLED CP BAILEY. TO ANSWER. VMM LEFT.CK1615

Wed Oct 28 09:56:04 EDT 2020, INTV'D C/P BAILEY.CK1615

Wed Oct 28 12:28:34 EDT 2020, CALLED THE ONLY LISTED NUMBER FOR THE VICTIM 441-6742. NO ANSWER. AUTOMATED MESSAGE SAID LEAVE A MESSAGE FOR CHAD. NO MESSAGE WAS LEFT. SAME TIME RECEIVED CALL FROM SUSPECT. HE SAID HE KNOWS ABOUT HIS WARRANT ADN PLANS TO TURN HIMSELF IN TOMORROW BY 1400HRS.CK1615

Wed Oct 28 13:32:24 EDT 2020, ATTEMPTED TO MAKE CONTACT WITH VIC AT ▇▇▇ RESIDENCE. THE BUILDING HAS AN OUTER LOCKED DOOR. I BUZZED APT 2. NO ONE ANSWERED. I COULD NOT MAKE ENTRY TO KNOCK ON THE DOOR.CK1615

Fri Oct 30 08:49:48 EDT 2020, RECEIVED A CALL FROM RECORDS. THE SUSPECT IN THIS CASE BRABSON WAS ARRESTED YESTERDAY AT 1913HRS BY COUNTY WARRANTS. I WAS NOT NOTIFIED AND BRABSON WAS NOT CHARGED WITH THE PC THAT I HAVE ON FILE FOR HIM. UPON CALLING THE JAIL I WAS TOLD BRABSON HAS COURT Monday FOR THE WARRANT AND HE COULD BE RELEASED.CK1615

Fri Oct 30 14:32:59 EDT 2020, INTV'S SUSPECT AT The JAIL. DID ARREST HIM ON THE CHARGES.CK1615

Fri Oct 30 16:54:59 EDT 2020, BOOKING AND PC COMPLETED AND DROPPED.CK1615

Tue Nov 03 13:26:59 EST 2020, CASE CUT AND SENT.CK1615
  2 11:12:01 10/27/20
There is currently no referral for this investigation. Victim's Assistance has attempted to reach out to victim. ▇▇▇ currently works at S&V on Broadway.

Suspect James Brabson's PO called me yesterday. He is violating Brabson due to this incident. He has a history of shooting up places. He has also threatened to kill the victim. As of this morning (10/27/2020), there was an warrant out for Brabson. He is suppose to see his PO tomorrow (10/28/2020).

I staffed this with Cathy Maggart. She advised that the case should proceed even if we do not get victim cooperation. Brabson is very dangerous.

There are no protective orders currently in place.

*Statement of Craig Kiger*



39