# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JAMES E BRABSON, III

      Plaintiff

  v.

                                                 Civil Action No.  1:23-cv-413

CRAIG KIGER, *1615*

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

**X** Other:  This case is DISMISSED WITHOUT PREJUDICE for non-payment of the filing fee.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Jon E DeGuilio.

DATE: 11/29/2023                           CHANDA J. BERTA, CLERK OF COURT

                                                        by   s/A. Highlen_____
                                                        *Signature of Clerk or Deputy Clerk*